FILED

JAN 17 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

RECEIVED

JAN 0 8 2018

U.S. PROB - KOLOMSON
TEXAS WESTERN - SAN ANTONIO

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

SA18CR0036

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR-13-00579-001 LHK |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dwayne Kent Singleton | Northern District of California | San Jose |
| | NAME OF SENTENCING JUDGE | |
| | Lucy H. Koh | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 11/03/2017 | 11/02/2020 |

| OFFENSE |
|---|
| Mail Fraud, in violation of 18 U.S.C. § 1341 |

FILED

JAN 11 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____WESTERN DISTRICT OF TEXAS_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/12/2017
*Date*

*Lucy H. Koh*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____TEXAS_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/8/18
*Effective Date*

*United States District Judge*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
    SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
By
                Deputy Clerk
Date 1/11/18

SEALED BY ORDER
OF THE COURT

MELINDA HAAG (CSBN 132612)
United States Attorney

# Filed

SEP 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 13 No. 00579 LHK PSG** |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1343 (Wire Fraud); |
| DWAYNE KENT SINGLETON, | 18 U.S.C. § 1341 (Mail Fraud) |
| Defendant. | SAN JOSE VENUE |

## I N D I C T M E N T

The Grand Jury charges:

COUNTS ONE AND TWO: (18 U.S.C. § 1343 – Wire Fraud)

    1.    Beginning in or about 2007, and continuing to in or about January 2010, in the Northern District of California and elsewhere, the defendant,

DWAYNE KENT SINGLETON,

having knowingly and intentionally devised a material scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, did for the purpose of executing such a scheme and artifice knowingly cause to be transmitted in interstate commerce by a wire communication certain writings, signs,

INDICTMENT

signals, and pictures, namely email requesting payments for the benefit of certain vendors correspondence described below:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | 9/8/2008 | Email from M.Z. to B.S. "Subject: Vendor Ck Request" |
| 2 | 9/30/2008 | Email from Singleton to B.S. "Subject: hummel" |

All in violation of Title 18, United States Code, Section 1343.

<u>COUNTS THREE AND FOUR</u>: (18 U.S.C. § 1341 – Mail Fraud)

2.    Beginning in or about 2007, and continuing to in or about January 2010, in the Northern District of California and elsewhere, the defendant,

DWAYNE KENT SINGLETON,

having knowingly and intentionally devised a material scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, did for the purpose of executing such a scheme and artifice knowingly cause correspondence described below to be mailed and delivered by a commercial interstate carrier:

| COUNT | DATE | ITEM SENT | SENT FROM | SENT TO |
|---|---|---|---|---|
| 3 | 9/10/2008 | United American Bank Check No. 1177 for $25,000 payable to C.S. | CALIFORNIA | TEXAS |
| 4 | 9/30/2008 | United American Bank Check No. 1189 for $42,000 payable to S.T.W.S. | CALIFORNIA | TEXAS |

//
//
//
//
//
//
//

INDICTMENT

1       All in violation of Title 18, United States Code, Section 1341.

2

3    DATED: _9/4/2013_                           A TRUE BILL

4

5                                               _____
                                                    FOREPERSON
6

7    MELINDA HAAG
     United States Attorney
8

9    _J. Douglas Wilson_

10   J. DOUGLAS WILSON
     Chief, Criminal Division
11

12   Approval as to form:

13

14   TIMOTHY J. LUCEY
     Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28


     INDICTMENT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

SEALED BY ORDER OF THE COURT

**Filed**

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SEP 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

**OFFENSE CHARGED**

Counts One and Two:
Wire Fraud - 18 U.S.C. § 1343

Counts Three and Four:
Mail Fraud -18 U.S.C. § 1341

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   (As to each violation)
Up to 20 years imprisonment; up to $$250,000 fine or twice the
amount of gain or loss, whichever is greater; up to 3 years of
supervised release, and $100 special assessment

---

**DEFENDANT - U.S**

▶ DWAYNE KENT SINGLETON

DISTRICT COURT NUMBER

CR 13 00579 LHK PSG

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Michael Alegre - FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form         Melinda Haag

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         AUSA TIMOTHY J. LUCEY

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes      If "Yes"
been filed?                give date
☐ No       filed         Month/Day/Year

DATE OF
ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED         Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:



SEALED BY ORDER
OF THE COURT

# United States District Court
## Northern District of California

## CRIMINAL COVER SHEET

# Filed

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

SEP 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Case Name:**

USA v.  DWAYNE KENT SINGLETON                CR13

**Case Number:**  00579 LHK PSG

**Total Number of Defendants:**

1  ☑        2-7 ☐        8 or more ☐

**Is This Case Under Seal?**

Yes ☑        No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**

Yes ☐        No ☑

**Venue (Per Crim. L.R. 18-1):**

SF ☐    OAK ☐    SJ ☑    EUR ☐    MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**

Yes ☐        No ☑

**Assigned AUSA (Lead Attorney):**

TIMOTHY J. LUCEY

**Is this a RICO Act gang case?**

Yes ☐        No ☑

**Date Submitted:**

September 4, 2013

**Comments:**

Save        Print        Clear Form

July 2013

No.

# CR13 00579 LHK PSG

SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

**Filed**

### *SAN JOSE DIVISION*

SEP 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE UNITED STATES OF AMERICA

### *vs.*

DWAYNE KENT SINGLETON

# INDICTMENT

## SEE ATTACHMENT

*A true bill.*

*Foreperson*

*Filed in open court this* 4TH *day of* SEPTEMBER

*A.D.* 2013

UNITED STATES MAGISTRATE JUDGE

*Bail. $* No Process

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

By_____
         Deputy Clerk

Date_____

CLOSED,E-Filing,ProSe

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:13-cr-00579-LHK-1
### Internal Use Only

Case title: USA v. Singleton                    Date Filed: 09/04/2013
Related Case: 5:17-cv-01125-LHK                  Date Terminated: 01/20/2016

Assigned to: Hon. Lucy H. Koh
Referred to: Magistrate Judge Paul
Singh Grewal

## Defendant (1)

**Dwayne Kent Singleton**              represented by   **Dwayne Kent Singleton**
*TERMINATED: 01/20/2016*                                61141-379
                                                        PO Box 26010
                                                        FCI Beaumont-Camp Unit G/C
                                                        Beaumont, TX 77720
                                                        PRO SE

                                                        **Douglas I. Horngrad**
                                                        Attorney at Law
                                                        Maybeck Building Four
                                                        1736 Stockton Street
                                                        San Francisco, CA 94133-2926
                                                        415-397-9509
                                                        Fax: 415-397-9519
                                                        Email: horngrad@sbcglobal.net
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        Designation: Retained

                                                        **Tad Anthony Nelson ,**
                                                        Law Offices of Tad Nelson and
                                                        Associates
                                                        820 East Main
                                                        League City, TX 77573

                                                        281-280-0100
                                                        Fax: 281-316-9208

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
    SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

By_____
              Deputy Clerk

Date_____

Email: tad@thenelsonfirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18:1341 - Mail Fraud
(11s)

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:1343 - Wire Fraud
(1-2)

18:1343 - Wire Fraud
(1s-8s)

18:1341 - Mail Fraud
(3-4)

18:1341 - Mail Fraud
(9s-10s)

18:1341 - Mail Fraud
(12s-16s)

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

### Disposition

### Disposition

---

### Plaintiff

**USA**                          represented by **Timothy Joseph Lucey**
U. S. Attorney's Office
150 Almaden Boulevard
Suite 900
San Jose, CA 95113
(408) 535-5061
Email: timothy.lucey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Assistant US Attorney*

**Joseph A. Fazioli**
U.S. Attorney's Office
150 South Almaden Boulevard
Suite 900
San Jose, CA 95113
(408) 535-5595
Email: joseph.fazioli@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2013 | 1 | INDICTMENT as to Dwayne Kent Singleton (1) count(s) 1-2, 3-4. (cfeS, COURT STAFF) (Filed on 9/4/2013) (Additional attachment(s) added on 2/19/2014: # 1 Criminal Cover Sheet) (cfeS, COURT STAFF). Modified on 2/19/2014 (cfeS, COURT STAFF). (Entered: 09/05/2013) |
| 09/04/2013 | 2 | **ORDER TO SEAL INDICTMENT as to Dwayne Kent Singleton. Signed by Judge Magistrate Judge Howard R. Lloyd on 9/4/2013. (cfeS, COURT STAFF) (Filed on 9/4/2013) (cfeS, COURT STAFF). (Entered: 09/05/2013)** |
| 01/15/2014 | 3 | SEALED SUPERSEDING INDICTMENT as to Dwayne Kent Singleton (1) count(s) 1s-8s, 9s-16s. (cfeS, COURT STAFF) (Filed on 1/15/2014) (cfeS, COURT STAFF). (Entered: 01/15/2014) |
| 01/15/2014 | 4 | **Order of the Court Sealing Superseding Indictment and Arrest Warrant as to Dwayne Kent Singleton. Signed by Judge Magistrate Judge Paul Singh Grewal on 1/15/14. (cfeS, COURT STAFF) (Filed on 1/15/2014) (cfeS, COURT STAFF). (Entered: 01/15/2014)** |
| 01/15/2014 | 🔒 | *SEALED* NO Bail Arrest Warrant Issued as to Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 1/15/2014) (Entered: 01/15/2014) |
| 02/05/2014 | 5 | CLERKS NOTICE as to Dwayne Kent Singleton Initial Appearance set for 2/11/2014 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. (pmcS, COURT STAFF) (Filed on 2/5/2014) (Entered: 02/05/2014) |
| 02/06/2014 | 6 | Rule 5(c)(3)Documents Received from SDTX, Galveston (via Email) as to Dwayne Kent Singleton (cfeS, COURT STAFF) (Filed on 2/6/2014) (Entered: 02/06/2014) |
| 02/10/2014 | 7 | CLERKS NOTICE Continuance of Hearing as to Dwayne Kent Singleton Initial Appearance set for 3/3/2014 08:30 AM before Magistrate Judge Paul Singh Grewal. **This is a text only docket entry, there is no** |

| | | |
|---|---|---|
| | | document associated with this notice. (pmcS, COURT STAFF) (Filed on 2/10/2014) (Entered: 02/10/2014) |
| 02/13/2014 | 8 | **STIPULATION AND ORDER as to Dwayne Kent Singleton Initial Appearance set for 2/18/2013 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd.. Signed by Judge Magistrate Judge Howard R. Lloyd on 2/13/14. (pmcS, COURT STAFF) (Filed on 2/13/2014) (Entered: 02/13/2014)** |
| 02/13/2014 | | Set/Reset Hearing re 8 Stipulation and Order, Set Hearings,, Initial Appearance set for 2/18/2014 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. (pmcS, COURT STAFF) (Filed on 2/13/2014) (Entered: 02/13/2014) |
| 02/18/2014 | 9 | Minute Entry for proceedings held before Magistrate Judge Howard R. Lloyd:Initial Appearance; Attorneys Douglas I. Horngrad, Tad Nelson present as to Dwayne Kent Singleton held on 2/18/2014, Arraigned NOT GUILTY as to Dwayne Kent Singleton (1) Count 1s-8s,1-2,3-4,9s-16s held on 2/18/2014. Motion to UNSEAL Indictment is GRANTED.Bond Status Hearing set for 3/11/2014 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. Status Conference set for 4/2/2014 09:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (Court Reporter FTR.) (cfeS, COURT STAFF) (Filed on 2/18/2014) (Entered: 02/19/2014) |
| 02/18/2014 | | CASE DESIGNATED for Electronic Filing. (cfeS, COURT STAFF) (Filed on 2/18/2014) (Entered: 02/21/2014) |
| 02/28/2014 | 🔒 10 | NO Bail Arrest Warrant Returned Executed on 2/3/14 as to Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 2/28/2014) (Entered: 03/04/2014) |
| 03/07/2014 | 11 | ***E-FILED IN ERROR, PLS DOCKET 12 ***, Application for Pro Hac Vice Attorney: Tad Nelson. ( Filing fee $ 305, receipt number 0971-8434816.) by Dwayne Kent Singleton. Motion Hearing set for 4/2/2014 09:30 AM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge. (Nelson, Tad) (Filed on 3/7/2014) ***(This form is blank)***Modified on 3/10/2014 (cfeS, COURT STAFF). Modified on 3/11/2014 (cfeS, COURT STAFF). (Entered: 03/07/2014) |
| 03/10/2014 | 12 | Application for Admission of Attorney Pro Hac Vice to Appear Attorney: Tad Anthony Nelson. ( Filing fee $ 305, receipt number 0971-8434816.) Filing fee previously paid on 3/7/2014 by Dwayne Kent Singleton. Motion Hearing set for 4/2/2014 09:30 AM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. (Nelson, Tad) (Filed on 3/10/2014) Modified on 3/11/2014 (cfeS, COURT STAFF). (Entered: 03/10/2014) |

| 03/10/2014 | 13 | STIPULATION WITH PROPOSED ORDER *for Rescheduling Parties' Appearance* as to Dwayne Kent Singleton. (Nelson, Tad) (Filed on 3/10/2014) Modified on 3/11/2014 (cfeS, COURT STAFF). Modified on 3/11/2014 (cfeS, COURT STAFF). (Entered: 03/10/2014) |
|---|---|---|
| 03/10/2014 | **14** | **ORDER RESCHEDULING PARTIES' APPEARANCE, granting 13 Stipulation as to Dwayne Kent Singleton (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 3/10/14. (pmc, COURT STAFF) (Entered: 03/10/2014)** |
| 03/10/2014 | | Set/Reset Hearing re 14 Order on Stipulation Bond Hearing set for 3/25/2014 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. (pmc, COURT STAFF) (Filed on 3/10/2014) (Entered: 03/10/2014) |
| 03/17/2014 | **15** | **ORDER granting 12 Application for Admission *Pro Hac Vice* Tad Anthony Nelson as to Dwayne Kent Singleton (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 3/14/14. (cfeS, COURT STAFF) (Entered: 03/17/2014)** |
| 03/21/2014 | 16 | STIPULATION WITH PROPOSED ORDER *for Rescheduling Parties' Appearance* filed by Dwayne Kent Singleton. (Nelson, Tad) (Filed on 3/21/2014) Modified on 3/27/2014 (cfeS, COURT STAFF). (Entered: 03/21/2014) |
| 03/21/2014 | **17** | **ORDER STIPULATION FOR RESCHEDULING PARTIES' APPEARANCE, granting 16 Stipulation as to Dwayne Kent Singleton (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 3/21/14. (pmc, COURT STAFF) Modified on 3/27/2014 (cfeS, COURT STAFF). (Entered: 03/21/2014)** |
| 03/21/2014 | | Set/Reset Hearing re 17 Order on Stipulation Bond Hearing set for 4/1/2014 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. (pmc, COURT STAFF) (Filed on 3/21/2014) (Entered: 03/21/2014) |
| 03/27/2014 | 18 | CLERKS NOTICE as to Dwayne Kent Singleton Bond Hearing set for 4/2/2014 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. **This is a text only docket entry, there is no document associated with this notice** (pmc, COURT STAFF) (Filed on 3/27/2014) (Entered: 03/27/2014) |
| 04/02/2014 | 19 | Minute Entry for proceedings held before Judge Magistrate Judge Howard R. Lloyd:Bond Hearing as to Dwayne Kent Singleton held on 4/2/2014 Bond Hearing set for 4/30/2014 01:30 PM before Magistrate Judge Howard R. Lloyd. (Court Reporter ftr.) (pmc, COURT STAFF) (Filed on 4/2/2014) (Entered: 04/02/2014) |
| 04/02/2014 | 20 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh:Status Conference as to Dwayne Kent Singleton held on 4/2/2014 Status |

| | | | |
|---|---|---|---|
| | | | Conference set for 6/4/2014 09:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (Court Reporter Lee-Anne Shortridge.) (mpb, COURT STAFF) (Filed on 4/2/2014) (Entered: 04/03/2014) |
| 04/02/2014 | 🔒 | 21 | **ORDER Setting Conditions of Release as to Dwayne Kent Singleton (1) $100,000 BOND ( Secured by real property). Signed by Judge Magistrate Judge Howard R. Lloyd on 4/2/14. (pmc, COURT STAFF) (Filed on 4/2/2014) Modified on 4/14/2014 (cfeS, COURT STAFF). (Entered: 04/14/2014)** |
| 04/25/2014 | | 22 | STIPULATION WITH PROPOSED ORDER *for Rescheduling Parties' Appearance* filed by Dwayne Kent Singleton. (Nelson, Tad) (Filed on 4/25/2014) Modified on 4/30/2014 (cfeS, COURT STAFF). (Entered: 04/25/2014) |
| 04/25/2014 | | 23 | **STIPULATION and ORDER FOR RESCHEDULING PARTIES' APPEARANCE, granting 22 as to Dwayne Kent Singleton (1). Signed by Judge Magistrate Judge Howard R. Lloyd on 4/25/14. (pmc, COURT STAFF) Modified on 4/30/2014 (cfeS, COURT STAFF). (Entered: 04/25/2014)** |
| 04/25/2014 | | | Set/Reset Hearing re 23 Order on Stipulation Bond Hearing set for 5/21/2014 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. (pmc, COURT STAFF) (Filed on 4/25/2014) (Entered: 04/25/2014) |
| 05/30/2014 | | 24 | STIPULATION WITH PROPOSED ORDER *Rescheduling Parties' Appearance* filed by Dwayne Kent Singleton. (Nelson, Tad) (Filed on 5/30/2014) Modified on 6/2/2014 (cfeS, COURT STAFF). (Entered: 05/30/2014) |
| 05/30/2014 | | 25 | STIPULATION WITH PROPOSED ORDER *Rescheduling Parties' Appearance* filed by Dwayne Kent Singleton. (Nelson, Tad) (Filed on 5/30/2014) Modified on 6/2/2014 (cfeS, COURT STAFF). (Entered: 05/30/2014) |
| 06/03/2014 | | 26 | **STIPULATION AND ORDER for Rescheduling Parties' Appearance, granting 25 Stipulation as to Dwayne Kent Singleton (1); finding as moot 24 Stipulation as to Dwayne Kent Singleton (1). Signed by Judge Hon. Lucy H. Koh on 6/3/14. (mpb, COURT STAFF) Modified on 6/4/2014 (cfeS, COURT STAFF). (Entered: 06/03/2014)** |
| 06/03/2014 | | | Set/Reset Hearing re 26 Order on Stipulation, Status Conference set for 10/8/2014 09:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (mpb, COURT STAFF) (Filed on 6/3/2014) (Entered: 06/03/2014) |
| 10/08/2014 | | 27 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh: Status Conference as to Dwayne Kent Singleton held on 10/8/2014. |

| | | |
|---|---|---|
| | | Further Status Conference set for 12/10/2014 at 9:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Time is excluded from 10/8/2014 through 12/10/2014. (Court Reporter Lee-Anne Shortridge.) (sms, COURT STAFF) (Filed on 10/8/2014) (Entered: 10/09/2014) |
| 12/10/2014 | 28 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh: Status Conference as to Dwayne Kent Singleton held on 12/10/2014. Trial Setting Hearing set for 1/21/2015 at 9:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (Court Reporter Irene Rodriguez.) (sms, COURT STAFF) (Filed on 12/10/2014) (Entered: 12/11/2014) |
| 12/17/2014 | 29 | STIPULATION WITH PROPOSED ORDER *For Rescheduling Parties' Appearance.* (Nelson, Tad) (Filed on 12/17/2014) Modified text match title of document on 12/18/2014 (srmS, COURT STAFF). Modified on 3/17/2015 (sms, COURT STAFF). (Entered: 12/17/2014) |
| 01/21/2015 | 30 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh: Trial Setting Hearing as to Dwayne Kent Singleton held on 1/21/2015. *Interim Status Conference or Change of Plea Hearing set for 2/11/2015 at 9:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh.* (Court Reporter Lee-Anne Shortridge.) (sms, COURT STAFF) (Filed on 1/21/2015) (Entered: 01/22/2015) |
| 02/10/2015 | 31 | STIPULATION WITH PROPOSED ORDER filed by USA as to Dwayne Kent Singleton. (Lucey, Timothy) (Filed on 2/10/2015) Modified on 2/10/2015 (cfe, COURT STAFF). (Entered: 02/10/2015) |
| 02/10/2015 | 32 | **Order by Hon. Lucy H. Koh granting 31 Stipulation to continue Change of Plea / Trial Setting as to Dwayne Kent Singleton (1). This matter is continued to March 18, 2015 at 9:30AM for a Change of Plea / Trial Setting. (sms, COURT STAFF) (Filed on 2/10/2015) (Entered: 02/10/2015)** |
| 02/10/2015 | | Calendar amended, re 32 : Change of Plea Hearing set for 3/18/2015 at 9:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (sms, COURT STAFF) (Filed on 2/10/2015) (Entered: 02/10/2015) |
| 03/13/2015 | 33 | STIPULATION WITH PROPOSED ORDER filed by USA as to Dwyane Kent Singleton. (Lucey, Timothy) (Filed on 3/13/2015) Modified on 3/16/2015 (cfeS, COURT STAFF). (Entered: 03/13/2015) |
| 03/16/2015 | 34 | **Order by Hon. Lucy H. Koh DENYING 33 Stipulation to continue change of plea date as to Dwayne Kent Singleton (1). **This matter remains on calendar as scheduled.** (sms, COURT STAFF) (Filed on 3/16/2015) (Entered: 03/16/2015)** |
| 03/18/2015 | 35 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh: Trial Setting Hearing as to Dwayne Kent Singleton held on 3/18/2015 from 9:56-10:04AM. Pretrial briefing schedule set. **New trial start date: Monday, June 1, 2015 at 9:00AM.** This matter is now set for a Change |

| | | |
|---|---|---|
| | | of Plea Hearing or an Interim Status Conference on 4/15/2015 at 9:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (Court Reporter Lee-Anne Shortridge.) (sms, COURT STAFF) (Filed on 3/18/2015) (Entered: 03/19/2015) |
| 04/15/2015 | 36 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh:Status Conference as to Dwayne Kent Singleton held on 4/15/2015 from 9:55-9:59AM. The Parties shall return on May 27, 2015 at 9:30AM for their previously scheduled Pretrial Conference. (Court Reporter Summer Fisher.) (sms, COURT STAFF) (Filed on 4/15/2015) (Entered: 04/16/2015) |
| 04/17/2015 | 37 | NOTICE OF ATTORNEY APPEARANCE Joseph A. Fazioli appearing for USA. (Fazioli, Joseph) (Filed on 4/17/2015) (Entered: 04/17/2015) |
| 04/28/2015 | 38 | **CLERK'S NOTICE SETTING A CHANGE OF PLEA HEARING** The parties have advised the Court that a Plea Agreement has been reached and is ready to be entered. Therefore, the Court sets a Change of Plea Hearing for Wednesday, April 29, 2015 at 9:30AM. ***This is a text only-notice; there is no document associated with this entry*** (sms, COURT STAFF) (Filed on 4/28/2015) Modified on 4/29/2015 (cfeS, COURT STAFF). (Entered: 04/28/2015) |
| 04/29/2015 | 39 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh:Change of Plea Hearing as to Dwayne Kent Singleton held on 4/29/2015, Plea entered by Dwayne Kent Singleton (1) Guilty Count 11s. A Plea Agreement is executed in open court. The Court VACATES all existing pre-trial and trial deadlines and hearing dates. Sentencing set for 8/26/2015 09:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (Court Reporter Summer Fisher.) (cfeS, COURT STAFF) (Filed on 4/29/2015) (Entered: 04/30/2015) |
| 04/29/2015 | 🔒 40 | PLEA AGREEMENT as to Dwayne Kent Singleton (sms, COURT STAFF) (Filed on 4/29/2015) (Entered: 04/30/2015) |
| 08/19/2015 | 41 | STIPULATION WITH PROPOSED ORDER *for Scheduling Parties' Appearance* as to Dwayne Kent Singleton . (Nelson, Tad) (Filed on 8/19/2015) Modified on 8/20/2015 (cfeS, COURT STAFF). (Entered: 08/19/2015) |
| 08/20/2015 | 42 | **Order granting 41 Stipulation Rescheduling Parties' Appearance as to Dwayne Kent Singleton. Signed by Hon. Lucy H. Koh on 8/20/2015. (sms, COURT STAFF) (Filed on 8/20/2015) (Entered: 08/20/2015)** |
| 08/20/2015 | | ECF calendar amended, re 42 : Sentencing continued to 9/23/2015 at 9:30 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (sms, COURT STAFF) (Filed on 8/20/2015) (Entered: 08/20/2015) |

| 09/10/2015 | 43 | **CLERK'S NOTICE REGARDING THE START-TIME OF JUDGE KOH'S CRIMINAL CALENDAR** Effective immediately, all Wednesday criminal matters before the Honorable Lucy H. Koh will be heard at **9:45 a.m.** If the parties have previously conferred with Judge Koh's Courtroom Deputy then they should appear 10 minutes prior to the start of court. If parties have not conferred with the Courtroom Deputy then they should appear 30 minutes prior to the start of court. *(This is a text-only notice; there is no document associated with this entry.)* (sms, COURT STAFF) (Filed on 9/10/2015) (Entered: 09/10/2015) |
|---|---|---|
| 09/23/2015 | 44 | Minute Entry for proceedings held before Judge Hon. Lucy H. Koh: Status Conference as to Dwayne Kent Singleton held on 9/23/2015. Sentencing set for 1/20/2016 at 9:45 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (Court Reporter Lee-Anne Shortridge.) (sms, COURT STAFF) (Filed on 9/23/2015) (Entered: 09/23/2015) |
| 01/19/2016 | 46 | Letter to the Court to Invoke 18 U.S.C. 3664(d)(5) as to calculation of restitution from AUSA Timothy J. Lucey as to Dwayne Kent Singleton (sms, COURT STAFF) (Filed on 1/19/2016) Modified on 1/20/2016 (cfeS, COURT STAFF). (Entered: 01/19/2016) |
| 01/19/2016 | 48 | Sealed Document (cfeS, COURT STAFF) (Filed on 1/19/2016) (Entered: 01/21/2016) |
| 01/19/2016 | 49 | Sealed Document (cfeS, COURT STAFF) (Filed on 1/19/2016) (Entered: 01/21/2016) |
| 01/19/2016 | 50 | Sealed Document (cfeS, COURT STAFF) (Filed on 1/19/2016) (Entered: 01/21/2016) |
| 01/19/2016 | 51 | Sealed Document (cfeS, COURT STAFF) (Filed on 1/19/2016) (Entered: 01/21/2016) |
| 01/19/2016 | 52 | Sealed Document (cfeS, COURT STAFF) (Filed on 1/19/2016) (Entered: 01/21/2016) |
| 01/20/2016 | 47 | Sealed Document (cfeS, COURT STAFF) (Filed on 1/20/2016) (Entered: 01/21/2016) |
| 01/20/2016 | | Set Hearing - 47 : Restitution Hearing set for 4/13/2016 09:45 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (cfeS, COURT STAFF) (Filed on 1/20/2016) (Entered: 01/21/2016) |
| 01/26/2016 | 53 | Sealed Document (cfeS, COURT STAFF) (Filed on 1/26/2016) (Entered: 01/26/2016) |
| 03/17/2016 | 54 | **CLERK'S SCHEDULING NOTICE** Due to a calendaring conflict, the 4/13/2016 restitution hearing as to Dwayne Kent Singleton is HEREBY CONTINUED to 4/20/2016 at 9:45 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. *(This is a text-only entry* |

| | | |
|---|---|---|
| | | *generated by the court. There is no document associated with this entry.)* (sms, COURT STAFF) (Filed on 3/17/2016) (Entered: 03/17/2016) |
| 04/15/2016 | 55 | Sealed Document (cfeS, COURT STAFF) (Filed on 4/15/2016) (Entered: 04/18/2016) |
| 04/15/2016 | 56 | Sealed Document (cfeS, COURT STAFF) (Filed on 4/15/2016) (Entered: 04/18/2016) |
| 04/19/2016 | 57 | **CLERK'S NOTICE as to Dwayne Kent Singleton** Pursuant to the parties' restitution stipulation, the 4/20/2016 hearing is vacated. An Amended Judgment will be filed. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (sms, COURT STAFF) (Filed on 4/19/2016) (Entered: 04/19/2016) |
| 04/21/2016 | 58 | Sealed Document (cfeS, COURT STAFF) (Filed on 4/21/2016) (Entered: 05/10/2016) |
| 01/30/2017 | <u>59</u> | Received Document: Copy Request by Dwayne Kent Singleton (cfeS, COURT STAFF) (Filed on 1/30/2017) (Entered: 01/30/2017) |
| 02/21/2017 | <u>60</u> | Motion For Expedited Disposition of All These Matters; Motion for Production of Records (FRCiv.P 79); Motion for Fed.R.Crim.P.(35 b) - Reduction of Sentence (6 mos.) by Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 2/21/2017) (Entered: 02/22/2017) |
| 02/21/2017 | | Part of Docket <u>60</u> : MOTION to Vacate under 28 U.S.C. 2255 by Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 2/21/2017) Civil case 5:17-cv-01125-LHK opened. (Entered: 03/06/2017) |
| 03/06/2017 | <u>61</u> | MOTION to Vacate by Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 3/6/2017) (Entered: 03/07/2017) |
| 03/06/2017 | <u>62</u> | MOTION for an Order by Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 3/6/2017) (Entered: 03/07/2017) |
| 03/29/2017 | <u>63</u> | CLERK'S NOTICE RE: COURT DEADLINE FOR GOVERNMENT TO FILE A RESPONSE TO DEFENDANTS MOTION. Response due 4/28/17. (Attachments: # <u>1</u> Certificate/Proof of Service) (iym, COURT STAFF) (Filed on 3/29/2017) (Entered: 03/29/2017) |
| 04/07/2017 | <u>64</u> | TRANSCRIPT ORDER for Court Reporter Summer Fisher (Lucey, Timothy) (Filed on 4/7/2017) (Entered: 04/07/2017) |
| 04/13/2017 | <u>65</u> | Ex Parte Application*and [Proposed] Order to Release Transcripts and Other Documents to the United States* by USA as to Dwayne Kent Singleton. (Lucey, Timothy) (Filed on 4/13/2017) Modified on 4/14/2017 (cfeS, COURT STAFF). (Entered: 04/13/2017) |
| 04/14/2017 | <u>66</u> | **Order Denying <u>65</u> Ex Parte Application and Order to Release Transcripts and Other Documents to the United States without** |

| | | | |
|---|---|---|---|
| | | | prejudice. Signed by Lucy H. Koh 4/14/17. (Attachments: # <u>1</u> Certificate/Proof of Service)(iym, COURT STAFF) (Filed on 4/14/2017) Modified on 4/15/2017 (cfeS, COURT STAFF). (Entered: 04/14/2017) |
| 04/17/2017 | | <u>67</u> | Transcript of Proceedings as to Dwayne Kent Singleton held on 04/29/2015, before Judge Lucy H. Koh. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 7/17/2017. (Related documents(s) <u>64</u> ) (Fisher, Summer) (Filed on 4/17/2017) (Entered: 04/17/2017) |
| 04/20/2017 | | <u>68</u> | MOTION *United States Motion for Administrative Relief; [Proposed] Order* by USA as to Dwayne Kent Singleton. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Declaration of Timothy J. Lucey, # <u>3</u> Certificate/Proof of Service) (Lucey, Timothy) (Filed on 4/20/2017) (Entered: 04/20/2017) |
| 04/24/2017 | | <u>69</u> | **Order granting <u>68</u> Plaintiff's Motion for Administrative Relief as to Dwayne Kent Singleton (1). Signed by Hon. Lucy H. Koh 4/24/17. (Attachments: # <u>1</u> Certificate/Proof of Service)(iym, COURT STAFF) (Filed on 4/24/2017) (Entered: 04/24/2017)** |
| 04/25/2017 | | <u>70</u> | TRANSCRIPT ORDER for Court Reporter Lee-Anne Shortridge (Lucey, Timothy) (Filed on 4/25/2017) (Entered: 04/25/2017) |
| 04/28/2017 | | 71 | SEALED Transcript of Proceedings as to Dwayne Kent Singleton held on January 20, 2016, before Judge Lucy H. Koh. Court Reporter/Transcriber Lee-Anne Shortridge, telephone number 408-287-4580. (dhmS, COURT STAFF) (Filed on 4/28/2017) (Entered: 04/28/2017) |
| 04/28/2017 | | <u>72</u> | **PURSUANT TO ORDER <u>82</u> : DOCUMENT(S) 72-1 TO 72-3 REMOVED ON 5/31/2017 \*** Exhibits *in Support of United States Motion to Dismiss and Response to Defendants Petitions to Vacate his SentencePursuant to 28 U.S.C. § 2255* by USA as to Dwayne Kent Singleton re <u>61</u> MOTION to Vacate (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Certificate/Proof of Service)(Lucey, Timothy) (Filed on 4/28/2017) Modified on 5/25/2017 (cfeS, COURT STAFF). (jy, COURT STAFF). Modified on 5/31/2017 (cfeS, COURT STAFF). (Entered: 04/28/2017) |
| 04/28/2017 | | <u>73</u> | MOTION to Dismiss *and Response to Defendant's Petition to Vacate Sentence Pursuant to 28 USC 2255* by USA as to Dwayne Kent Singleton. (Attachments: # <u>1</u> Certificate/Proof of Service)(Lucey, |

| | | |
|---|---|---|
| | | Timothy) (Filed on 4/28/2017) (Entered: 04/28/2017) |
| 05/02/2017 | 74 | ERRATA Re: United States' 73 MOTION to Dismiss *and Response to Defendant's Petitions to Vacate His Sentence Pursuant to 28 USC 2255 (Errata)* by USA as to Dwayne Kent Singleton. (Attachments: # 1 Errata, # 2 Certificate/Proof of Service)(Lucey, Timothy) (Filed on 5/2/2017)(Not a Motion) Modified on 5/3/2017 (cfeS, COURT STAFF). (Entered: 05/02/2017) |
| 05/02/2017 | 75 | AMENDED ERRATA Re: United States' 73 Motion to Dismiss *and Response to Defendant's Petitions to Vacate His Sentence Pursuant to 28 USC 2255 (Amended Errata)* by USA as to Dwayne Kent Singleton. (Attachments: # 1 Errata, # 2 Certificate/Proof of Service)(Lucey, Timothy) (Filed on 5/2/2017) (Not a Motion) Modified on 5/3/2017 (cfeS, COURT STAFF). (Entered: 05/02/2017) |
| 05/03/2017 | | Electronic Filing Error. Incorrect event used. These are NOT motions, [err101] Corrected by Clerk's Office. No further action is necessary. Re: 74 & 75 MOTION to Dismiss *and Response to Defendant's Petitions to Vacate His Sentence Pursuant to 28 USC 2255 (Amended Errata)* filed by USA (cfeS, COURT STAFF) (Filed on 5/3/2017) (Entered: 05/03/2017) |
| 05/03/2017 | 76 | Sealed Document (cfeS, COURT STAFF) (Filed on 5/3/2017) (Entered: 05/04/2017) |
| 05/08/2017 | 77 | Sealed Document (cfeS, COURT STAFF) (Filed on 5/8/2017) (Entered: 05/08/2017) |
| 05/16/2017 | 78 | MOTION for Leave to File & [Proposed] Order by Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 5/16/2017) (Entered: 05/17/2017) |
| 05/26/2017 | 79 | MOTION to Remove Incorrectly Filed Document *in Connection with United States' Motion to Dismiss and Response to Defendant's Petitions to Vacate his Sentence Pursuant to 28 U.S.C. § 2255; Proposed Order* by USA as to Dwayne Kent Singleton. (Lucey, Timothy) (Filed on 5/26/2017) (Entered: 05/26/2017) |
| 05/26/2017 | 80 | Exhibits *1 in Support of United States Motion to Dismiss and Response to Defendants Petitions to Vacate his Sentence Purusant to 28 U.S.C. § 2255* by USA as to Dwayne Kent Singleton re 79 MOTION to Remove Incorrectly Filed Document *in Connection with United States' Motion to Dismiss and Response to Defendant's Petitions to Vacate his Sentence Pursuant to 28 U.S.C. § 2255; Proposed Order* (Attachments: # 1 Exhibit 1)(Lucey, Timothy) (Filed on 5/26/2017) (Entered: 05/26/2017) |
| 05/26/2017 | 81 | Identification of Transcripts *Pursuant to Habeas Local Rule 2254* by USA as to Dwayne Kent Singleton (Lucey, Timothy) (Filed on 5/26/2017) Modified on 5/30/2017 (cfeS, COURT STAFF). (Entered: |

| | | |
|---|---|---|
| | | 05/26/2017) |
| 05/26/2017 | 82 | **Order granting 79 Motion to Remove Incorrectly Filed Document as to Dwayne Kent Singleton (1). Signed by Hon. Lucy H. Koh 5/26/17.(iym, COURT STAFF) (Filed on 5/26/2017) (Additional attachment(s) added on 5/30/2017: # 1 Certificate/Proof of Service) (iym, COURT STAFF). (Entered: 05/26/2017)** |
| 05/30/2017 | 83 | Sealed Document (cfeS, COURT STAFF) (Filed on 5/30/2017) (Entered: 05/31/2017) |
| 06/30/2017 | 84 | MOTION for Leave to by Dwayne Kent Singleton. (cfeS, COURT STAFF) (Filed on 6/30/2017) (Entered: 06/30/2017) |
| 07/03/2017 | 85 | Received Document: Same as 84 filed by Dwayne Kent Singleton by Dwayne Kent Singleton (cfeS, COURT STAFF) (Filed on 7/3/2017) (Motion, was not signed) (Entered: 07/03/2017) |
| 10/02/2017 | 86 | PAYMENT RECORD CARD : Payment of Special Assessment **Paid in Full** in the amount of $100.00 paid on 5/9/17 on behalf of Dwayne Kent Singleton (cfeS, COURT STAFF) (Filed on 10/2/2017) (Entered: 10/02/2017) |
| 12/04/2017 | 87 | **Probation Form 12 by Amy Rizor as to Dwayne Kent Singleton. The Court modifies the conditions of probation. Signed by Judge Lucy H. Koh on 12/4/2017. (iym, COURT STAFF) (Filed on 12/4/2017) (Entered: 12/04/2017)** |
| 12/04/2017 | 88 | **ORDER Denying as Moot 60 Motion to Expedite as to Dwayne Kent Singleton (1); Denying as Moot 60 Motion as to Dwayne Kent Singleton (1); Denying as Moot 60 Motion to Produce as to Dwayne Kent Singleton (1); Denying as Moot 60 Motion to Reduce Sentence as to Dwayne Kent Singleton (1); Denying as Moot [] Motion to Vacate (2255) as to Dwayne Kent Singleton (1); Denying as Moot 61 Motion to Vacate as to Dwayne Kent Singleton (1); Denying as Moot 62 Motion as to Dwayne Kent Singleton (1); Denying as Moot 73 Motion to Dismiss as to Dwayne Kent Singleton (1); Denying as Moot 78 Motion for Leave to File as to Dwayne Kent Singleton (1); Denying as Moot 84 Motion for an Evidentiary Hearing as to Dwayne Kent Singleton (1) Signed by Judge Lucy H. Koh on 12/4/17. (lhklc1, COURT STAFF) Civil Case 5:17-cv-01125-LHK closed. (Additional attachment(s) added on 12/5/2017: # 1 Certificate/Proof of Service) (iym, COURT STAFF). (Entered: 12/04/2017)** |
| 01/11/2018 | 89 | **Probation Form 22 to WDTX, San Antonio as to Dwayne Kent Singleton. Signed by Judge Lucy H. Koh on 12/12/17. (cfeS, COURT STAFF) (Filed on 1/11/2018) (Entered: 01/11/2018)** |

| 01/11/2018 | 90 | Mailed Probation transfer documents to WDTX, San Antonio as to Dwayne Kent Singleton: (cfeS, COURT STAFF) (Filed on 1/11/2018) (Entered: 01/11/2018) |

RECEIVED

JAN 1 7 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
408-535-5363

January 11, 2018

**Clerk's Office – Western District of Texas**
655 East Cesar E. Chavez Blvd,
Room G-65, San Antonio, TX 78206

**Case Number:** CR 13-00579-LHK (Your Case #_____)

SA18CR0036

**Case Title: USA v. Dwayne Kent Singleton**

Dear Clerk:

Pursuant to order transferring the jurisdiction of probation in the above-captioned case, transmitted herewith are certified copies of:

1. Indictment/Information

2. Transferral Order

3. Judgment (Sealed Document)

4. Probation Transfer

5. Docket Sheet

Please acknowledge receipt of the above document on the copy of this form.

Very Truly Yours,

*Cita F. Escalano*

CR. Case Systems Administrator