

FILED

JUL 1 6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Criminal No.: 5:18-CR-00036-UA-1 |
| DWAYNE KENT SINGLETON | * | |

## ORDER

CAME ON TO BE CONSIDERED Defendant Dwayne Kent Singleton's

UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUTSIDE OF THE JUDICIAL

DISTRICT FOR WORK PURPOSES ONLY, and after due consideration of same, the

motion is GRANTED.  The Defendant is permitted to travel outside the Western District

of Texas for work purposes **only.  Mr. Singleton will provide proof of requested travel in**

**advance to the U.S. Probation Officer.  If required to travel internationally, Mr. Singleton**

**will provide the U.S. Probation officer with all requested documents before travel will be**

**approved.  Mr. Singleton will comply with the protocols and procedures requested**

**of him by the United States Probation Office in regards to leaving and entering**

**the United States.**

DONE this _____ day of July 2018, in San Antonio, Texas.

_____
UNITED STATES DISTRICT JUDGE